**DISMISS; Opinion Filed June 3, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00652-CR**

**PATRICK GENE BROOKS, JR., Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-63702-P**

**MEMORANDUM OPINION**

Before Justices Lang, Myers, and Evans
Opinion by Justice Evans

Patrick Gene Brooks, Jr. pleaded guilty to possession of cocaine in an amount less than one gram. Pursuant to a plea agreement, the trial court deferred adjudicating appellant's guilt, placed him on five years' community supervision, and assessed a $2,000 fine, which was also probated. Appellant waived his right to appeal in conjunction with the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified that appellant does not have the right to appeal. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). We dismiss the appeal for want of jurisdiction.

/David W. Evans/
DAVID W. EVANS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
130652F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PATRICK GENE BROOKS, JR., Appellant

No. 05-13-00652-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F12-63702-P.
Opinion delivered by Justice Evans, Justices Lang and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 3rd day of June, 2013.

/David W. Evans/
DAVID W. EVANS
JUSTICE